IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00761-PAB-BNB

GARY CRIST,

Plaintiff,

v.

MESA DEVELOPMENTAL SERVICES,

Defendant.

## ORDER

This matter arises on **Plaintiff's Unopposed Motion to Amend Scheduling Order Time for Expert Witnesses** [Doc. # 33, filed 11/24/2009] (the "Motion"). The plaintiff requests that the Scheduling Order be amended to extend the deadlines to amend pleadings and endorse expert witnesses. By separate recommendation, I have recommended that summary judgment be granted in favor of the defendant. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated July 29, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge